**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHECKERS DRIVE IN RESTAURANTS, INC.,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1088-Orl-28GJK**

**GREAT FOOD HOLDINGS, LLC,**

          **Defendant.**
_____

## ORDER AND PERMANENT INJUNCTION

This case is before the Court on Plaintiff's Motion for Default Judgment and Permanent Injunction (Doc. No. 16) filed August 22, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 18, 2011 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Judgment and Permanent Injunction (Doc. No. 16) is **GRANTED in part** and **DENIED in part.**

3. Defendant, having defaulted, does not contest the validity of Plaintiff's Registered Mark or Trade Dress for Plaintiff's building design and appearance.

4. The Court finds there is sufficient evidence supporting Plaintiff's claims of trademark and trade dress infringement. The Court further finds there is a substantial likelihood of confusion if Defendant is not enjoined from utilizing Plaintiff's Trade Dress. The threatened injury to Plaintiff of continued infringement outweighs any damage a permanent injunction may cause Defendant and a permanent injunction is not adverse to the public interest.

5. Default judgment is hereby entered against Great Food Holdings, LLC d/b/a B.B. McGuire's.

6. A permanent injunction is hereby entered against Great Food Holdings, LLC d/b/a B.B. McGuire's as follows:

> Great Food Holdings, LLC d/b/a B.B. McGuire's and each of its officers, agents, servants, employees, and attorneys, and all other persons, firms or corporations acting in concert or participation with them who receive actual notice of this Order by personal service or otherwise, are **enjoined** from: using, in any manner, or holding Great Foods Holdings, LLC d/b/a/ B.B. McGuire's out as having rights to use, Checkers Drive-In Restaurants, Inc.'s ("Checkers") Trade Dress; selling, offering for sale, promoting, advertising, distributing or providing or offering to provide any services in conjunction with Checkers' Trade Dress, or any trade dress or trademark confusingly similar to Checkers' Trade Dress in conjunction with any product or service; and engaging in any course of conduct likely to cause confusion, deception, or mistake with respect to Checkers' Trade Dress or appropriate the goodwill and reputation of said Trade Dress or lead to the passing off of Great Food Holdings, LLC d/b/a B.B. McGuire's products and services as Checkers' products and services.

7. Great Food Holdings, LLC d/b/a B.B. McGuire's shall destroy or paint over the checkerboard design and chrome located on the outside of its restaurant.

8. Checkers is awarded $385.00 in costs from Great Food Holdings, LLC d/b/a/ B.B. McGuire's.

9. Checkers' Motion is otherwise **DENIED**.

10. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this   22nd   day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge